THE TRENTON BANKING COMPANY, Respondent, v. BANKERS TRUST COMPANY, Appellant, Respondent, Impleaded with THE BANK OF AMERICA NATIONAL ASSOCIATION, Appellant.— Judgment and order so far as appealed from affirmed, with costs to the plaintiff against the defendant Bankers Trust Company, and with costs to the defendant Bankers Trust Company against the impleaded defendant, The Bank of America National Association. No opinion. Present — McAvoy, Merrell, Martin and Sherman, JJ.

W. M. RITTER FLOORING CORPORATION, Respondent, v. ISAAC POLSTEIN, Defendant, Impleaded with VICTOR POLSTEIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CLAY, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID WARSHAWSKY, Appellant, v. DOUGLAS L. WARD and Another, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ISRAEL ZIMETBAUM and Another, Respondents, v. JOSEPH RUBIN, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., OF ZURICH, SWITZERLAND, Appellant, v. GEORGE COLON & Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALMOR INC., Respondent, v. FRANK GALLANT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD RAGER-AKSELRAD, Appellant, v. MAY RADIO AND TELEVISION CORPORATION and Others, Respondents.— Order modified by striking out the first complete defense which defendants, if so advised, may plead as a partial defense and by way of mitigation, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LINDSLEY TAPPIN, Respondent, v. JULES J. VATABLE, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Petition of FRANKLIN MOTT GUNTHER, as One of the Legatees and Remaindermen of the Last Will and Testament of EVA N. BICKERTON, Deceased.— Final order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [146 Misc. 506.]

SOLOMON KREVISKY, as Administrator, etc., of MABEL KERR, Appellant, v. ROBERT F. PILE, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.